# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HAMILTON TOWNSHIP, | : No. 40 MM 2014 |
| Petitioner | : |
| v. | : |
| ZONING HEARING BOARD OF HAMILTON TOWNSHIP, AND PACONA CORPORATION D/B/A GLUCO LODGE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.